| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612) |
| | United States Attorney |
| 2 | |
| | MIRANDA KANE (CABN 150630) |
| 3 | Chief, Criminal Division |
| 4 | CAROLYNE ARANGO SANIN (DCBN 499564) |
| | Special Assistant United States Attorney |
| 5 |   150 South Almaden Boulevard, Suite 900 |
| |   San Jose, California 95113 |
| 6 |   Telephone: (408) 535-5596 |
| |   Facsimile: (408) 535-5066 |
| 7 |   carolyne.sanin@usdoj.gov |
| 8 | Attorneys for the United States |

FILED

DEC 1 2 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12 00871-MAG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER EXTENDING TIME FOR |
| v. | ) | PRELIMINARY HEARING AND |
| | ) | EXCLUDING TIME FROM SPEEDY |
| MANUEL SANCHEZ | ) | TRIAL ACT CALCULATION |
|   a/k/a  Manuel Guzman Lara, | ) | |
|         Ernesto Vega, | ) | |
|         Jesus Bravo Vega, | ) | |
| | ) | |
| Defendant. | | |

The Parties, Manuel Sanchez, and the United States, acting through respective counsel, hereby stipulate as follows:

1. The defendant is presently charged by information for a violation of Title 18, United States Code Section 1028(a)(4), possession of an identification document with intent to defraud the United States.

2. Currently, the preliminary hearing is set for December 13, 2012, at 1:30 p.m., before Magistrate Howard R. Lloyd.

1

3. The United States has provided discovery materials and a proposed plea agreement to defense counsel. The parties are requesting the continuance of the hearing due to the need for additional time for effective preparation, the need to jointly negotiate a resolution in this matter, and for the continuity of counsel, given that government counsel will not be available on December 13, 2012.

4. The parties jointly request, subject to the Court's approval, that the hearing currently set for December 13, 2012 at 1:30 p.m. be vacated, and that the hearing be re-set for December 18, 2012 at 1:30 p.m.

5. Defendant Manuel Sanchez consents to an extension of time for the preliminary hearing date under Federal Rule of Criminal Procedure 5.1(c) and (d) and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from December 13, 2012, to December 18, 2012.

STIPULATED:

DATED: December 11, 2012             MELINDA HAAG
                                     United States Attorney


                                     ___/s/_____
                                     CAROLYNE A. SANIN
                                     Special Assistant United States Attorney


                                     ___/s/_____
                                     MANUEL ARAUJO
                                     Attorney for Defendant

# [PROPOSED] ORDER

Based upon the stipulation of the parties, the Court finds and holds as follows:

1. The defendant is presently charged by information for a violation of Title 18, United States Code Section 1028(a)(4).

2. With the defendant's consent, the twenty-one day time limit for a preliminary hearing or indictment under F.R.Crim.P. 5.1© is extended, and time is excluded from calculation of the thirty-day time limit for information or indictment under 18 U.S.C. § 3161(b). The United States has provided discovery materials and a proposed plea agreement to defense counsel. The parties are requesting the continuance of the hearing due to the need for additional time for effective preparation, the need to jointly negotiate a resolution in this matter, and for the continuity of counsel, given that government counsel will not be available on December 13, 2012. Accordingly, the extension and exclusion are required for effective preparation of defense counsel.

3. There is good cause for the extension under F.R.Crim.P. 5.1, and the exclusion under 18 U.S.C.§ 3161, and that the ends of justice served by granting this continuance outweigh the best interests of the public and of the defendant in a speedy trial and the prompt disposition of criminal cases. 18 U.S.C. § 3161(h)(8)(A). The Court further finds that failure to grant the continuance would deny counsel for all parties reasonable time necessary for effective preparation taking into account the exercise of due diligence under 18 U.S.C. § 3161(h)(8)(B)(iv).

4. Accordingly, and with the consent of the defendant, the Court sets a date and orders that the period from December 13, 2012 to December 18 2012 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: 12/12/12

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE